## 34936. RICH v. RICH.

Judgment affirmed without opinion pursuant to Rule .59.

*All the Justices concur.*

SUBMITTED MAY 18, 1979 — DECIDED SEPTEMBER 6, 1979.

*Archer, Elsey & Vaughn, William T. Elsey, Stanley D. Tilley,* for appellant.
*William W. Keith, III,* for appellee.